■ MANUFACTURERS HANOVER TRUST Co., Respondent, v MELVIN ZELEFSKY et al., Appellants. [639 NYS2d 95]

The plaintiff established a prima facie case with the production of a promissory note executed by the parties and the undisputed assertion that the defendants defaulted on the note (*see, Wagner v Triefler*, 215 AD2d 648; *Fritz v Scuderi*, 203 AD2d 420; *Silber v Muschel*, 190 AD2d 727). The burden then shifted to the defendants to establish a triable issue of fact (*see, Wagner v Triefler, supra; Silber v Muschel, supra*), which they

failed to do. Ritter, J. P., Thompson, Pizzuto and Hart, JJ., concur.